**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE BROWNFIELD,<br><br>PLAINTIFF(S)<br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CV11-00309 JAK (VBKx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**<br><br>**JS-6** |

   This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, United States District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

   IT IS ORDERED AND ADJUDGED that the plaintiff takes nothing; that the action be dismissed on the merits; and that the defendant recover from plaintiff its costs, taxed in the sum of an amount to be later determined upon the filing and ruling of a motion to tax costs.

                              Clerk, U. S. District Court


                                        Andrea Keifer /s/
Dated: March 28, 2012         By _____
                                        Deputy Clerk


cc:   Counsel of record